**FILED** LJ
3/20/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FELONY**

1:25-cr-00161
Judge LaShonda A. Hunt
Magistrate Judge Maria Valdez
RANDOM / Cat. 3



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Lim Xiang Jie Cedric | Yes | No |
| Ming-Shen Cheng | Yes | No |
| Ko Sen Chai | Yes | No |
| King Sung Wong | Yes | No |
| Sion Wee Vun | Yes | No |
| Chien Lung Ma | Yes | No |
| Kok Wah Wong | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Securities and Commodities laws III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Sections 1343 and 1348(1)**

Assistant United States Attorney(s): **Jared Hasten**

Contact Person and Phone Number: **Jared Hasten, 312 353 5354**